**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WYNESHA HAYES WHITE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIV. ACT. NO. 1:25-cv-365-TFM-MU** |
| | ) |
| **MOBILE COUNTY DEPARTMENT OF HUMAN RESOURCES,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM OPINION AND ORDER**

On April 10, 2026, the Magistrate Judge entered a Report and Recommendation which recommends the Defendant's motion to dismiss (Doc. 16) be granted and this action dismissed with prejudice. *See* Doc. 25. On April 16, 2026, Plaintiff filed objections to which Defendant timely responded. *See* Docs. 26, 28. The Report and Recommendation is ripe for review.

Having reviewed the objections, the Court finds that Plaintiff has restated many of the same arguments regarding statute of limitations and obstruction by DHR. However, she fails to substantively address the issue of Eleventh Amendment immunity. Instead, she merely states that even if DHR is immune that she would seek leave to amend to name individual state actors, seek prospective injunctive relief and to include ongoing 2025-2026 conduct. The Court disagrees and finds that the statute of limitations did start to run as of 2019. To the extent Plaintiff wishes to now add new later-conduct or new defendants, nothing in this opinion would preclude her ability to file a new lawsuit within the statute of limitations against appropriate defendants - as none of those matters were raised in this lawsuit and would not be encompassed in the current analysis. However, Plaintiff does not provide any substantive information about her proposed amended complaint and the Court declines to speculate here. Therefore, the Court overrules the objections.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, Defendant's motion to dismiss (Doc. 16) is **GRANTED** and this case is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 18th day of June, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE